IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBBI COTTERELL,** | : |
| **Plaintiff,** | : |
| - v - | : **CIVIL ACTION NO.** |
| **GENERAL MOTORS LLC, ET AL.,** | : |
| **Defendants.** | : |

**NOTICE OF REMOVAL**

TO:   United States District Court
   for the District of Connecticut

Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing ("ACAR"), by its undersigned counsel, hereby removes this action from the Superior Court of the State of Connecticut in the Fairfield Judicial District at Stamford, pursuant to 28 U.S.C. §§ 1331 and 1441. In support thereof, ACAR states as follows:

1. Plaintiff Debbi Cotterell ("Plaintiff") commenced this action on or about June 16, 2020, in the Superior Court of the State of Connecticut in the Fairfield Judicial District at Stamford, by filing a Complaint bearing Docket No. FST-CV20-6047107-S.

2. On June 19, 2020, ACAR was served with of a copy of the Summons and Complaint. In accordance with 28 U.S.C. §1446(a), copies of the Summons, Complaint, Return of Service, two Notices of Appearance and the Court's June 18, 2020 JDNO Notice are attached hereto as **Exhibit A**.

3. The Summons, Complaint, Return of Service, two Notices of Appearance and the Court's June 18, 2020 JDNO Notice described in Paragraph 2 and attached hereto as **Exhibit A** constitute all of the process, pleadings and orders served upon ACAR in this action.

4. In her Complaint, Plaintiff asserts claims of (1) Product Liability; (2) Fraud; (3) Violation of CUTPA, C.G.S. § 42-110b; (4) Breach of Implied Warranty of Merchantability; (5) Negligent Repair and Failure to Warn; (6) Breach of Contract, Misrepresentation of Contract, Fraudulent and Deceptive Contract; (7) Fraud and Negligence; (8) Fair Credit Reporting Act Violations 15 U.S.C. § 1681, et seq.; and (9) Creditors' Collection Practices Act.  *See* Complaint, generally.

5. Removal of this case is proper pursuant to 28 U.S.C. § 1331.

6. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1331 (Federal Question) because Plaintiff has asserted a claim under the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.) against ACAR.

7. Venue is proper in the United States District Court for the District of Connecticut because the Complaint was filed in the Superior Court of the State of Connecticut in the Fairfield Judicial District at Stamford.

8. ACAR is filing a copy of this notice with the clerk of the Superior Court of the State of Connecticut in the Fairfield Judicial District at Stamford, as required by 28 U.S.C. § 1446(d).

9. In removing this action, ACAR does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

10. All named defendants consent to removal.

11.     Based on the foregoing, ACAR has met its burden of establishing that this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331 and that this action is one which may be removed to this Court by ACAR pursuant to 28 U.S.C. § 1441.

WHEREFORE, ACAR respectfully requests that this action, currently pending in the Superior Court of the State of Connecticut in the Fairfield Judicial District at Stamford, be removed to the United States District Court for the District of Connecticut.

Dated: July 17, 2020

Respectfully submitted,

By:   /s/ Michael Thomas Grant

Michael Thomas Grant
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: 857-488-4218
Email: MTGrant@duanemorris.com

*Attorneys for Defendant ACAR Leasing Ltd. d/b/a GM Financial Leasing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **DEBBI COTTERELL,**<br><br>Plaintiff,<br><br>- v -<br><br>**GENERAL MOTORS LLC, ET AL.,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   **CIVIL ACTION NO.**<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF SERVICE**

I, Michael Thomas Grant, hereby certify that on July 17, 2020, a copy of the foregoing was filed electronically through the ECF system. An email or paper copy will be sent to the following pro se parties and counsel of record in the State Court action:

| Debbi Cotterell<br>via email @ debbisimms@gmail.com | General Motors LLC<br>c/o Timothy Joseph Duggan<br>via email @ tjd@dcclawyers.com |
|---|---|
| Richard Chevrolet, Inc.<br>1405 Highland Avenue<br>Cheshire, CT 06410 | H&L Chevrolet, Inc.<br>1416 Post Road<br>Darien, CT 06820 |

Dated: July 17, 2020         By:      /s/ Michael Thomas Grant

Michael Thomas Grant
**DUANE MORRIS** LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: 857-488-4218
Email: MTGrant@duanemorris.com

4