UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Debbi Cotterell
_____, Plaintiff

V.

General Motors LLC, et al.
_____, Defendant

Case No. 20-cv-01009
[Put case number here]

JUL 23 2020 AM 11:55
FILED-USDC-CT-HARTFORD

MOTION BY SELF-REPRESENTED LITIGANT
TO PARTICIPATE IN ELECTRONIC FILING

I am a Plaintiff/Defendant in this civil action. I have filed an appearance as a self-represented litigant, and I hereby request permission to file documents electronically. In so doing, I consent to the court and opposing counsel using my email address, as listed below, for the purpose of sending me electronic notification of orders, notices, and other documents that are filed in my case. I understand that hard copies will no longer be issued by the court or opposing counsel. I understand that if my motion is granted, I must complete the Court's required training class on electronic filing for self-represented litigants and register for a PACER account, before I can actually begin filing documents electronically. I certify that I can comply with the following requirements:

- A computer with access to the internet.

- Internet Explorer (Version 11) or Mozilla Firefox (Version 49.x and higher) or Safari (Version 10.x and higher) or Chrome (Version 53.x and higher).

- Adobe Reader (Version 7 or greater).

- Ability to create PDF files.

- An upgraded PACER account.

Debbi Cotterell
Name of Self-represented Litigant

17 Renwick Street, Unit C
Street Address

Stamford, CT 06902
City, State, Zip Code

(203)943-9953
Telephone

debbisimms@gmail.com
Email Address

7/22/2020
Date

DocuSigned by:
Debbi Cotterell
D54468F648004E7
Signature

## Certificate of Service

I hereby certify that on  7/22/2020  [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following: [insert name and address of every person served].

DocuSigned by:

*Debbi Cotterell*

D54468F648004F7...

Signature of Self-represented Litigant

Revised: November 29, 2017