UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBBIE COTTERELL<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL ACTION NO.: 3:20-CV-01009-MPS<br>: |
| GENERAL MOTORS LLC, ACAR<br>LEASING LTD. D/B/A GENERAL<br>MOTORS FINANCIAL, RICHARD<br>CHEVROLET, INC. AND H&L<br>CHEVROLET | :<br>:<br>:<br>:<br>: |

**NOTICE TO SELF-REPRESENTED LITIGANT**
**CONCERNING MOTION TO DISMISS**
(As Required by Local Rule 12(a))

    The purpose of this Notice, which is required by the Court, is to notify you that the Defendant, General Motors LLC ("Defendant"), has filed a Motion to Dismiss asking the Court to dismiss all or some of your claims without a trial. The Defendant argues that there is no need to proceed with these claims because they are subject to dismissal for the reasons stated in the Motion.

    THE DEFENDANT'S MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE OPPOSITION PAPERS AS REQUIRED BY RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND IF THE DEFENDANT'S MOTION SHOWS THAT THE DEFENDANT IS ENTITLED TO DISMISSAL OF ANY OR ALL OF YOUR CLAIMS. COPIES OF RELEVANT RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

    The papers you file must show that (1) you disagree with the Defendant's arguments for dismissal, and (2) that the allegations of your Complaint are sufficient to allow this case to proceed. If you would like to amend your Complaint under Rule 15 of the Federal Rules of Civil Procedure in order to respond to the alleged deficiencies in your Complaint asserted by the Defendant, you may promptly file a Motion to Amend your Complaint, but you must attach your proposed Amended Complaint to the Motion.

    It is very important that you read the Defendant's Motion and Memorandum of Law to see if you agree or disagree with the Defendant's Motion. It is also very important that you review the enclosed copies of Rule 12 of the Federal Rules and Local Rule 7 carefully. You must file your opposition papers (and any motion to amend) with the Clerk of the Court and mail a copy to the Defendant's counsel within 21 days of the filing of the Defendant's Motion with the Clerk of the Court. (If you e-file under the Court's Electronic Filing Policies and Procedures,

you do not need to separately mail a copy of your opposition papers to the Defendant's counsel.) If you require additional time to respond to the Motion to Dismiss, you must file a Motion for Extension of Time, providing the Court with good reasons for the extension and with the amount of additional time you require.

If you are confined in a Connecticut Correctional Facility, you must file your opposition papers and any Motion to Amend using the Prison E-Filing Program and are not required to mail copies to the Defendant's counsel.

**GENERAL MOTORS LLC,**
By its Attorney,


/s/Timothy J. Duggan
Timothy J. Duggan (17830)
Duggan & Gianacoplos, LLC
89 Access Road, Unit A
Norwood, MA 02062
T: (781) 762-0077
E: tjd@dcclawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of July, 2020 a true and accurate copy of the foregoing document was served via Electronic Filing on all counsel of record and Plaintiff.

/s/Timothy J. Duggan
Timothy J. Duggan