## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBBI COTTERELL<br>　　　　Plaintiff, | Civil Action No.: 3:20-CV-01009-MPS |
| v. | |
| GENERAL MOTORS LLC, ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING, RICHARD CHEVROLET, INC. AND H&L CHEVROLET, INC.<br>　　　　Defendants. | |

### DEFENDANT GENERAL MOTORS LLC'S
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant, General Motors LLC ("GM LLC"), hereby renews its prior motion to dismiss and moves to dismiss Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Specifically, Plaintiff's Complaint must be dismissed because (1) her claims against GM LLC are barred by the statute of limitations and this Court's December 18, 2019 Order; and (2) Plaintiff has not properly pled certain causes of action for which she is entitled to recovery as to GM LLC. In further support of its motion, GM LLC incorporates by reference its Memorandum of Law in Support of GM LLC's Motion to Dismiss, as well as GM LLC's prior motion to dismiss (ECF No. 18).

　　　　　　　　　　　　　　　　　　　　　　　　**GENERAL MOTORS LLC**
　　　　　　　　　　　　　　　　　　　　　　　　By its Attorney,


　　　　　　　　　　　　　　　　　　　　　　　　/s/Timothy J. Duggan
　　　　　　　　　　　　　　　　　　　　　　　　Timothy J. Duggan (ct 17830)
　　　　　　　　　　　　　　　　　　　　　　　　Duggan & Gianacoplos, LLC
　　　　　　　　　　　　　　　　　　　　　　　　89 Access Road, Unit A
　　　　　　　　　　　　　　　　　　　　　　　　Norwood, MA 02062
　　　　　　　　　　　　　　　　　　　　　　　　T: (781) 762-0077
　　　　　　　　　　　　　　　　　　　　　　　　E: tjd@dcclawyers.com

## CERTIFICATE OF SERVICE

    I, Timothy J. Duggan, hereby certify that on August 26, 2020, a copy of the foregoing was filed electronically through the ECF system. An email or paper copy will be sent to the following pro se parties and counsel of records in the State Court action:

Debbie Cotterell via Email @ debbisimms@gmail.com

ACAR Leasing Ltd. d/b/a GM Financial Leasing
c/o Michael T. Grant, Esq. via Email @ mtgrant@duanemorris.com

Richard Chevrolet, Inc.
c/o Edward N. Storck, III, Esq. via Email @enstorck@ryandelucalaw.com

H&L Chevrolet, Inc.
c/o Eric Niederer, Esq and Tyler Humphrey, Esq. via Email at eric.niederer@wilsonelser.com and tyler.humphrey@wilsonelser.com

DATED: August 26, 2020

/s/Timothy J. Duggan
Timothy J. Duggan