UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------------- x

DEBBI COTTERELL,

                Plaintiff,

   -against-

GENERAL MOTORS, LLC, ACAR LEASING LLC d/b/a
GENERAL MOTORS FINANICAL LEASING,
RICHARD CHEVROLET, INC. AND H & L
CHEVROLET, INC.,

                Defendants.
-------------------------------------------------------------------- X

Case No.:
3:20-cv-01009-MPS

## **DEFENDANT'S, H & L CHEVROLET, INC.'s, MOTION TO DIMISSS PLAINTIFF'S AMENDED COMPLAINT**

Upon the accompanying Memorandum of Law, the Exhibit attached thereto, and the pleadings heretofore had herein, Defendant H & L CHEVROLET, INC., moves this Court before for an order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing the Plaintiff's, DEBBI COTTERELL, Amended Complaint dated August 12, 2020 in its entirety, and for such other and further relief as the Court deems just and equitable as the Plaintiff has failed to state a claim upon which relief may be granted because:

1. The Plaintiff's Second Cause of Action sounding in Connecticut Unfair Trade Practices Act ("CUTPA") cannot stand as the Plaintiff has plead CUTPA in connection with a product liability claim which is incompatible, the Plaintiff has not asserted a deceptive act by this Defendant which satisfies the Cigarette Rule and has not established that the service this Defendant did was performed in connection with the financial or pecuniary interests of this Defendant, especially as the Plaintiff alleges the alleged defect was

under warranty and was outside of the financial interests of this Defendant, and therefore, this claim against this Defendant is improper and should be dismissed;

2. The Plaintiff's Fourth Cause of Action sounding in product liability does not allege or make a prima facie claim that this Defendant is a Seller as defined by C.G.S. §§ 52-572m., *et seq.* which is prerequisite to pursue this statutory cause of action against this Defendant, and therefore, any claim for Product Liability against this Defendant is improper and should be dismissed or in the alternative the Plaintiff's Fourth Cause of Action fails as it was not brought within the applicable statute of limitations. ;

Dated: September 15, 2020

          THE DEFENDANT,
          H & L Chevrolet, Inc.

          By:   /s/ Eric W.F. Niederer
                Eric Niederer, Esq. (ct25773)
                1010 Washington Boulevard
                Stamford, Connecticut 06901
                Telephone No. (203) 388-9100
                Facsimile No. (203) 388-9101
                Eric.Niederer@wilsonelser.com

## CERTIFICATION

I certify that a copy of this document was mailed or delivered electronically or non-electronically on September 15, 2020 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Debbi Cotterell via email: debbisimms@gmail.com

ACAR Leasing LTD. c/o Michael T. Grant, Esq. via email: mtgrant@duanemorris.com

Richard Chevrolet, Inc. c/o Edward N. Storck, III, Esq. via email: enstorck@ryandelucalaw.com

General Motors, LLC c/o Timothy J. Duggan Esq. via email: tjd@dcclawyers.com

/S/ Eric W.F. Niederer
Eric W.F. Niederer

802384v.1