**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DEBBI COTTERELL, ET AL.<br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, ACAR LEASING LTD D/B/A GENERAL MOTORS FINANCIAL LEASING, RICHARD CHEVROLET, INC., AND H & L CHEVROLET, INC.<br>    Defendants. | Civil Action No.: 3:20-CV-01009-MPS |

## JOINT MOTION TO REQUEST SETTLEMENT CONFERENCE

The parties in the above captioned matter are in receipt of the Court's Order scheduling a status conference to discuss the outstanding motions on October 23, 2020 at 2:00 p.m.

Counsel for General Motors, LLC has had an opportunity to discuss the status of this matter with Plaintiff, Debbi Cotterell, Third-Party Defendant, Timothy Smith, and counsel for all other Defendants in this case.

All parties in this matter believe that an early settlement conference may be in the interests of all the respective parties and the Court. To that end, all parties jointly move that this Court hold all briefing and motions in abeyance and refer this matter for an initial settlement conference while the motions are pending. The parties believe they will need a minimum of 45 days to prepare to attend the settlement conference.

| | |
|---|---|
| **GENERAL MOTORS LLC**<br>By its Attorney, | **DEBBI COTTERELL, PRO SE** |
| /s/Timothy J. Duggan<br>Timothy J. Duggan (ct. 17830)<br>Duggan & Gianacoplos, LLC<br>89 Access Road, Unit A<br>Norwood, MA 02062<br>T: (781) 762-0077<br>E: tjd@dcclawyers.com | /s/Debbi Cotterell<br>Debbi Cotterell<br>17 Renwick Street, Unit C<br>Stamford, CT 06902<br>T: (203) 943-9953<br>E : debbisimms@gmail.com |

| | |
|---|---|
| **TIMOTHY SMITH, PRO SE** | **ACAR LEASING LTD. D/B/A GM FINANCIAL LEASING**<br>By its Attorney, |
| /s/Timothy Smith<br>Timothy Smith<br>17 Renwick Street, Unit C<br>Stamford, CT 06902<br>T: (203) 694-9430<br>E:tsmithct20@gmail.com | /s/Michael T. Grant<br>Michael T. Grant (ct 429165)<br>Duane Morris LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110<br>T: (857) 488-4218<br>E: mtgrant@duanemorris.com |
| **RICHARD CHEVROLET, INC.**<br>By its Attorney, | **H&L CHEVROLET, INC.**<br>By its Attorney, |
| /s/Edward N. Storck<br>Edward N. Storck, III (ct 27312)<br>Ryan Ryan Deluca LLP<br>City Place II<br>185 Asylum Street, 6th floor<br>Hartford, CT 06103<br>T: (860) 785-5022<br>E: enstorck@ryandelucalaw.com | /s/Eric Niederer<br>Eric Niederer (ct 25773)<br>1010 Washington Boulevard<br>Stamford, CT 06901<br>T: (203) 388-9100<br>E: eric.niederer@wilsonelser.com |

## CERTIFICATE OF SERVICE

I, Timothy J. Duggan, hereby certify that on October ___, 2020, a copy of the foregoing was filed electronically through the ECF system. An email or paper copy will be sent to the following pro se parties and counsel of records in the State Court action:

Debbi Cotterell via Email at debbisimms@gmail.com

Timothy Smith via Email at tsmithct20@gmail.com

ACAR Leasing Ltd. d/b/a GM Financial Leasing
c/o Michael T. Grant, Esq. via Email at mtgrant@duanemorris.com

Richard Chevrolet, Inc.
c/o Edward N. Storck, III, Esq. via Email at enstorck@ryandelucalaw.com

H&L Chevrolet, Inc.
c/o Eric Niederer, Esq and Tyler Humphrey, Esq. via Email at eric.niederer@wilsonelser.com and tyler.humphrey@wilsonelser.com

/s/Timothy J. Duggan
Timothy J. Duggan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEBBI COTTERELL, ET AL.<br>　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS LLC, ACAR LEASING<br>LTD D/B/A GENERAL MOTORS FINANCIAL<br>LEASING, RICHARD CHEVROLET, INC.,<br>AND H & L CHEVROLET, INC.<br>　　　Defendants. | Civil Action No.: 3:20-CV-01009-MPS |

## ORDER GRANTING THE JOINT MOTION
## REQUESTING A SETTLEMENT CONFERENCE

Before the Court is the Joint Motion Requesting a Settlement Conference. The Court has reviewed the motion.

A Settlement Conference is set for _____ at \_\_\_\_\_.

All motions will be held in abeyance until after the settlement conference.

**SO ORDERED** on this \_\_\_\_ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　, J.