```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


------------------------------X
                              :
DEBBI COTTERELL               :     Civil No. 3:20CV01009(MPS)
                              :
v.                            :
                              :
ACAR LEASING LTD., GENERAL    :
MOTORS LLC, RICHARD           :
CHEVROLET, INC., and          :
H&L CHEVROLET                 :     October 27, 2020
                              :
------------------------------X
------------------------------X
                              :
ACAR LEASING LTD.             :
                              :
v.                            :
                              :
DEBBI COTTERELL and           :
TIMOTHY SMITH                 :
                              :
------------------------------X
------------------------------X
                              :
TIMOTHY SMITH                 :
                              :
v.                            :
                              :
ACAR LEASING LTD., GENERAL    :
MOTORS LLC, RICHARD           :
CHEVROLET, INC., and          :
H&L CHEVROLET                 :
                              :
------------------------------X
```

## NOTICE TO SELF-REPRESENTED PARTIES REGARDING SETTLEMENT CONFERENCE

    This case is scheduled for a settlement conference to be conducted by Zoom video conference on **Friday, December 4, 2020, from 9:30 a.m. to 12:30 p.m.,** with the Honorable Sarah A. L. Merriam, United States Magistrate Judge.

A Settlement Conference Order has been filed in this case setting forth the parties' pre-conference requirements. Although the requirements may require a great deal of effort, each is important to the Court's settlement process. The pre-conference requirements are designed to provide the Court with background information, including the parties' respective positions, which may not be apparent from the formal filings in this matter.

Your <u>ex parte</u> submission to the Court should help Judge Merriam to understand your position, what you are hoping to achieve through bringing your case and/or through settlement, and how you intend to prove your case at trial.

Judge Merriam will not preside over the trial in this case or decide any dispositive motions. She is assigned to this case only for the purpose of settlement.

All written and spoken communications to the Court relating to settlement will remain confidential. Judge Merriam will not tell the District Judge presiding over your case anything related to the settlement process. Nor will Judge Merriam tell the opposing party anything regarding your settlement position, unless you allow her to do so.